UNITED STATES DISTRICT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| ROBERT SENFT, | Case No.: 6:24-cv-02088-PGB-LHP |
|---|---|
| Plaintiff, | |
| v. | |
| TRANS UNION, LLC, | |
| Defendant. | |

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff, ROBERT SENFT ("Plaintiff"), and Defendant, Trans Union, LLC ("Transunion"), have reached settlement in the above-captioned action. Plaintiff expects to file a Joint Stipulation of Dismissal once settlement documents have been exchanged and executed. Therefore, Plaintiff respectfully requests sixty (60) days to complete settlement documents and notify this honorable Court of dismissal.

Dated: 12/5/2024                                                  Respectfully submitted,

By *s/ Jason S. Weiss*
Jason S. Weiss
Jason@jswlawyer.com
Florida Bar No. 0356890
**WEISS LAW GROUP, P.A.**
5531 N. University Drive
Suite 103
Coral Springs, FL 33067
Tel: (954) 573-2800
*Attorneys for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I certify that on December 5, 2024, I served the foregoing Notice of Settlement using the CM/ECF system, which automatically gives notice to all counsel of record.

By *s/ Jason S. Weiss*
Jason S. Weiss
